# NO. 12-23-00276-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***COFFEYVILLE RESOURCES CRUDE TRANSPORTATION, LLC, BKEP PIPELINE, LLC F/K/A SEMPIPE, LP, SALTER CREEK RESOURCES, LLC, ROSE ROCK MIDSTREAM CRUDE, LLC AND SEMGREEN, LP,*** | § | ***APPEAL FROM THE 7TH*** |
| ***APPELLANTS*** | § | ***JUDICICAL DISTRICT COURT*** |
| ***V.*** | | |
| ***EXXONMOBILE PIPELINE COMPANY,*** | | |
| ***APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

---

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution as to Appellant, BKEP Pipeline, LLC f/k/a SemPipe, LP. *See* TEX. R. APP. P. 42.3(b). BKEP filed a notice of appeal on October 26, 2023. The court reporter filed the reporter's record on November 8. The Smith County District Clerk filed several volumes of the clerk's record on February 21, 2024, filed another volume on February 29, and filed a supplemental record on March 17. BKEP's brief was due on or before May 15. On May 16, the Clerk of this Court notified BKEP that the brief was past due. We further notified BKEP that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than May 28.

The May 28 deadline passed, and BKEP has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time.[1]  Accordingly, we ***dismiss*** the appeal for ***want of prosecution as to only BKEP***.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).  This dismissal does not affect the appeal filed by Coffeyville Resources Crude Transportation, LLC, Salter Creek Resources, LLC, Rose Rock Midstream Crude, LLC, and SemGreen, LP.

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] We also note that on May 28, counsel for Coffeyville filed a letter with this Court, in which she explained that BKEP's appeal could be dismissed because (1) Appellee, ExxonMobil Pipeline Company, originally sued BKEP, Salter Creek, Rose Rock, and SemGreen, (2) on March 30, 2021, BKEP merged with Coffeyville, (3) Exxon subsequently filed a first amended petition, non-suiting BKEP and naming Coffeyville as a defendant, (4) the judgment names only Coffeyville, not BKEP, (5) out of an abundance of caution, counsel originally filed separate notices of appeal for BKEP and Coffeyville, and (6) because BKEP is not a party to the judgment, and is not an existing legal entity, it can be dismissed from this appeal.  No party filed a motion to dismiss BKEP from the appeal. *See* Tex. R. App. P. 42.1 (voluntary dismissal and settlement in civil cases).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-23-00276-CV**

**COFFEYVILLE RESOURCES CRUDE TRANSPORTATION, LLC, BKEP PIPELINE, LLC F/K/A SEMPIPE, LP, SALTER CREEK RESOURCES, LLC, ROSE ROCK MIDSTREAM CRUDE, LLC AND SEMGREEN, LP,**
Appellants
V.
**EXXONMOBILE PIPELINE COMPANY,**
Appellee

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 21-0374-A)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution as to Appellant BKEP Pipeline, LLC f/k/a SemPipe, LP.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution as to only BKEP**; and that this decision be certified to the court below for observance. This dismissal does not affect the appeal

filed by Coffeyville Resources Crude Transportation, LLC, Salter Creek Resources, LLC, Rose Rock Midstream Crude, LLC, and SemGreen, LP.


By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*